■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARMINE URCUIOLIO, Appellant. [893 NYS2d 799]

Ordered that the sentence is affirmed. No opinion. Florio, J.P., Dickerson, Hall and Sgroi, JJ., concur.